**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| TABITHA RUMFELT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 6:25cv-3384 |
| | ) | |
| DALLAS COUNTY, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that Defendant Carriger's Responses to

Plaintiff's First Request for Production of Documents and Defendant Carriger's

Responses to Plaintiff's First Interrogatories were served on March 13, 2026 via e-mail to

the following attorneys:

Jay Kirksey
Kirksey Law Firm, LLC
jmkirksey@kirkseylawfirm.com
Attorney for Plaintiff

Jacob G. Eddy
Evans & Dixon, LLC
jeddy@evans-dixon.com
Attorney for Plaintiff

Damon S. Phillips
Keck & Phillips, LLC
damon@kpwlawfirm.com
Attorney for Defendant Dallas County,
Missouri

Respectfully submitted,

SCHREIMANN, RACKERS
& FRANCKA, L.L.C.

/s/ Ryan Bertels
Ryan Bertels, #55167
931 Wildwood Drive, Suite 201
Jefferson City, MO 65109
573-634-7580
573-635-6034 (facsimile)
rb@srfblaw.com
Attorney for Defendant Chris Carriger