**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

TABITHA RUMFELT, )
                   )
         Plaintiff, )
                   )
vs. )         Case No.: 6:25-cv-3384
                   )
DALLAS COUNTY, MISSOURI, )
and CHRIS CARRIGER, )
            Defendants )

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 26th day of March, 2026, Plaintiff Tabitha Rumfelt's Objections to Dallas County, Missouri's First Interrogatories, Objections to Dallas County, Missouri's First Request for Production of Documents, Answers to Dallas County, Missouri's First Interrogatories, Responses to Dallas County, Missouri's First Request for Production of Documents, Answers to Defendant Carriger's First Interrogatories and Response to Defendant Carriger's First Request for Production of Documents were served, via email, upon the following attorneys of record:

Damon S. Phillips
Keck & Phillips, LLC
damon@kpwlawfirm.com
*Attorney for Defendant Dallas County, Missouri*

Ryan Bertels
Schreimann, Rackers & Francka, LLC
rb@srfblaw.com
*Attorney for Defendant Chris Carriger*

1

**EVANS & DIXON, LLC**

_/s/Jacob G. Eddy_
Jacob G. Eddy, MO Bar No. 72272
4905 S. National Ave., Building B
Springfield, Missouri 65810
Phone: (417) 882-4700
Facsimile: (417) 882-4927
Email: jeddy@evans-dixon.com


_/s/Jay Kirksey_

**Jerry M. (Jay) Kirksey**
Missouri Bar No. 38643
**Kirksey Law Firm, LLC**
711 S. Albany Avenue
Bolivar, Missouri 65613-2619
Telephone 417.326.4529
Facsimile 417.326.8531
jmkirksey@kirkseylawfirm.com

ATTORNEYS FOR PLAINTIFF

2