TABITHA RUMFELT,      )
            )
    Plaintiff,     )
            )
    vs.       )   Case No. 6:25cv-03384
            )
DALLAS COUNTY, MISSOURI,  )
            )
and          )
            )
CHRIS CARRIGER,     )
    Defendants.   )

## JOINT MOTION FOR STIPULATED PROTECTIVE ORDER

COME NOW, Plaintiff and Defendants, by and through undersigned counsel, and respectfully

move the Court to enter the proposed Stipulated Protective Order attached hereto as Exhibit A, and

for any further relief as the Court deems just and proper

       Respectfully submitted,

       KECK & PHILLIPS, L.L.C.

       By  /s/ *Damon S. Phillips*
         Damon S. Phillips #52901
         3140 E. Division
         Springfield, MO 65802
         Telephone: (417) 890-8989
         Facsimile: (417) 890-8990
         Email: damon@kpwlawfirm.com
         *Attorney for Defendant Dallas County, Missouri*

       EVANS & DIXON, LLC

       By  /s/ *Jacob G. Eddy*
         Jacob G. Eddy #72272

4905 S. National Ave., Building B
Springfield, MO 65810
Telephone: (417) 882-4700
Facsimile: (417) 882-4927
Email: jeddy@evans-dixon.com
*Attorney for Plaintiff*


KIRKSEY LAW FIRM, LLC

By_____/s/ *Jay Kirksey*_____
Jerry M. (Jay) Kirksey #38643
711 S. Albany Avenue
Bolivar, MO 65613-2619
Telephone: (417) 326-4529
Facsimile: (417) 326-8531
Email: jmkirksey@kirkseylawfirm.com
*Attorney for Plaintiff*


SCHREIMANN, RACKERS
& FRANCKA, LLC

By_____/s/ *Ryan Bertels*_____
Ryan Bertels #55167
931 Wildwood Drive, Suite 201
Jefferson City, MO 65109
Telephone: (573) 634-7580
Facsimile: (573) 635-6034
Email: rb@srfblaw.com
*Attorney for Defendant Chris Carriger*


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent via CM/ECF filing system to all parties of record this 31st day of March 2026.


*/s/ Damon S. Phillips*____
Damon S. Phillips