**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| TABITHA RUMFELT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 6:25cv-3384 |
| | ) | |
| DALLAS COUNTY, MISSOURI, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF DEPOSITION</u>**

YOU ARE HEREBY NOTIFIED that Plaintiff, Tabatha Rumfelt, by and through her attorneys of record, Jacob G. Eddy, Evans & Dixon, LLC, and Jay Kirksey, Kirksey Law Firm, will take a deposition in the above-entitled cause as follows:

| | |
|---|---|
| Witness to be Deposed: | David Baker |
| Date and Time: | July 23, 2026 at 2:00 p.m. |
| Location: | Keck & Phillips, LLC<br>3140 E. Division<br>Springfield, MO 65802 |
| Court Reporter: | For the Record, LLC |

This deposition will be taken before a duly authorized court reporter and will continue from day to day until complete.

1

EVANS & DIXON, LLC


_____/s/ Jacob G. Eddy_____ ___
Jacob G. Eddy, MO Bar No. 72272
4905 S. National Ave., Building B
Springfield, Missouri 65810
Phone: (417) 882-4700
Facsimile: (417) 882-4927
Email: jeddy@evans-dixon.com


/s/Jay Kirksey

_____
Jerry M. (Jay) Kirksey
Missouri Bar No. 38643
**Kirksey Law Firm, LLC**
711 S. Albany Avenue
Bolivar, Missouri 65613-2619
Telephone 417.326.4529
Facsimile 417.326.8531
jmkirksey@kirkseylawfirm.com

ATTORNEYS FOR PLAINTIFF

2

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on the 17th day of June, 2026, the foregoing was filed electronically using the court's ECF filing system which generated a notice sent via email to the following attorneys of record:

Damon S. Phillips
Keck & Phillips, LLC
damon@kpwlawfirm.com
*Attorney for Defendant Dallas County, Missouri*

Ryan Bertels
Schreimann, Rackers & Francka, LLC
rb@srfblaw.com
*Attorney for Defendant Chris Carriger*

*/s/Jacob G. Eddy*

Case 6:25-cv-03384-BP    Document 35    Filed 06/17/26    Page 3 of 3