**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| TABITHA RUMFELT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 6:25cv-3384 |
| | ) | |
| DALLAS COUNTY, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED NOTICE OF VIDEOTAPED DEPOSITION**

TO: All Counsel of Record

PERSON TO BE DEPOSED: **Tabitha Rumfelt**

DATE AND TIME: July 22, 2026, at 9:00 a.m.

LOCATION OF DEPOSITION:

Evans & Dixon
4905 S. National Ave., Bldg. B
Springfield, MO 65810

COURT REPORTER: Fortz National


PLEASE TAKE NOTICE that at the above date, hour and place, counsel for Defendant Chris Carriger shall cause the aforementioned deposition to be taken and videotaped before a certified court reporter and videographer from Fortz National. Any party or their attorney may appear and participate as they see fit. The deposition is to take place at the date and time listed above.

Respectfully submitted,

SCHREIMANN, RACKERS
& FRANCKA, L.L.C.

/s/ Ryan Bertels
Ryan Bertels, #55167
931 Wildwood Drive, Suite 201
Jefferson City, MO 65109
573-634-7580
573-635-6034 (facsimile)
rb@srfblaw.com

Attorney for Defendant Chris Carriger

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served upon all attorneys of record via the Court's electronic filing system on June 24, 2026.

/s/ Ryan Bertels
Ryan Bertels