**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| TABITHA RUMFELT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 6:25cv-3384 |
| | ) | |
| DALLAS COUNTY, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CARRIGER'S RESPONSE TO PLAINTIFF'S MOTION FOR
LEAVE TO FILE FIRST AMENDED COMPLAINT**

Defendant Carriger, by and through his undersigned counsel, responds to Plaintiff's Motion for Leave to File First Amended Complaint (Doc. 32) as follows:

While Defendant Carriger denies the allegations in Plaintiff's Proposed Amended Complaint, Defendant Carriger recognizes Plaintiff has filed her motion prior to the deadline to amend pleadings set forth previously by this Court. Therefore, Defendant Carriger does not object to the filing of the proposed Amended Complaint.

Respectfully submitted,

SCHREIMANN, RACKERS
& FRANCKA, L.L.C.

/s/ Ryan Bertels
Ryan Bertels, #55167
931 Wildwood Drive, Suite 201
Jefferson City, MO 65109
573-634-7580
573-635-6034 (facsimile)
rb@srfblaw.com

Attorney for Defendant Chris Carriger

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served upon all attorneys of record via the Court's electronic filing system on June 26, 2026.

<u>/s/ Ryan Bertels</u>