# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

TABITHA RUMFELT, )
)
      Plaintiff, )
)
vs. )      Case No.: 6:25-cv-3384
)
DALLAS COUNTY, MISSOURI, )
and CHRIS CARRIGER, )
)
      Defendants )

## RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE (Doc. 32)

Defendant Dallas County, Missouri, by and through counsel of record, Keck & Phillips, LLC, responds to Plaintiff's Motion for Leave to File First Amended Complaint (Doc. 32) as follows:

Plaintiff has filed her motion prior to the deadline to amend pleadings set forth previously by this Court. Therefore, this Defendant does not object to Plaintiff being granted leave to the filing of the proposed Amended Complaint.

Respectfully submitted,

KECK & PHILLIPS, LLC

By:*/s/Damon S. Phillips*
Damon S. Phillips   #52901
3140 E. Division Street
Springfield, Missouri 65802
Telephone: (417) 890-8989
Fax: (417) 890-8990
Email: damon@kpwlawfirm.com
*Attorneys for Dallas County, MO*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent via CM/ECF filing system to all parties of record this 26th day of June 2026.

*/s/ Damon S. Phillips*
Damon S. Phillips