**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| TABITHA RUMFELT<br><br>Plaintiff,<br><br>v.<br><br>DALLAS COUNTY, MISSOURI, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 6:25cv-3384 |

**<u>NOTICE OF DEPOSITION DUCES TECUM</u>**

TO: All Counsel of Record

PERSON TO BE DEPOSED: **Records Custodian for the Dallas County Missouri Prosecuting Attorney's Office**

DATE AND TIME: September 4, 2026, at 10:00 a.m.

LOCATION OF DEPOSITION:

Keck and Phillips
3140 E Division St.
Springfield, MO 65802

COURT REPORTER: TBD

PLEASE TAKE NOTICE that at the above date, hour and place, counsel for Defendant Chris Carriger shall cause the aforementioned deposition to be taken before a certified court reporter. The Representative for the Dallas County, Missouri Prosecuting Attorney's Office is requested to produce documents and evidence as indicated in Exhibit A. Any party or their attorney may appear and participate as they see fit. The deposition is to take place at the date and time listed above.

Respectfully submitted,

SCHREIMANN, RACKERS
& FRANCKA, L.L.C.

/s/ Ryan Bertels
Ryan Bertels, #55167
931 Wildwood Drive, Suite 201
Jefferson City, MO 65109
573-634-7580
573-635-6034 (facsimile)
rb@srfblaw.com
Attorney for Defendant Chris Carriger

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served upon all attorneys of record via the Court's electronic filing system on August 11, 2026.

/s/ Ryan Bertels
Ryan Bertels