**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| TABITHA RUMFELT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 6:25cv-3384 |
| | ) | |
| DALLAS COUNTY, MISSOURI, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S SUPPLEMENT TO PLAINTIFF'S MOTION FOR RELIEF FROM PROTECTIVE ORDER AND SUGGESTIONS IN SUPPORT**

COMES NOW, Plaintiff, Tabitha Rumfelt, by and through her attorneys of record, and for Plaintiff's Motion for Relief from Protective Order and Suggestions in Support, respectfully states to the Court as follows:

The deposition of Dr. David Baker, Superintendent at the Niangua School District, was taken on July 23, 2026, after plaintiff's initial filing as to this Motion. The testimony of Dr. Baker is or may be additional evidence of which a prosecutor may review in determining whether to file charges for alleged sexual contact by Carriger while plaintiff was an inmate or confidential informant, discovery as to which plaintiff seeks relief and clarification related to the Protective Order entered in this action.

Defendant Carriger was terminated on or around November 27, 2024 as an employee of the Dallas County Sheriff's office. (Ex. 9, Ex. 13 and Rice Pages 83:16- 83:24) On July 22, 2025, Defendant Carriger applied for a position as a school bus driver with the Niangua School District, a position which would have included Defendant Carriger potentially being alone with female student or students. 7-23-26 Baker, Dr. David, (Pages 18:8 to 23:17) Defendant Carriger filled out the "Present Position" portion of the application representing to the District that he was

currently an employee of the Dallas County Sheriff's Office. 7-23-26 Baker, Dr. David, (Pages 10:25 to 12:10). The current employee portion of the Application does not have a "termination" section. Having represented he was currently employed (had not been terminated from the DCSD), the District did not ask Mr. Carriger questions as to his termination or reasons therefore to illicit information as to whether he was a danger to students or staff, or able to be an employee with the District. 7-23-26 Baker, Dr. David, (Pages 16:9 to 18:3)

Defendant's Carriger's misrepresentation to the District is additional evidence again consistent with and from which may be inferred and found that sexual contact, evidence that a prosecutor may use in determining whether to pursue, and in pursing potential criminal charges for sexual contact per Missouri Statute.

WHEREFORE, Plaintiff prays the Court for an Order providing the transcripts of and exhibits from the depositions of David Baker, as authorized by the Protective Order entered herein, or in the alternative, for an amendment of the Protective Order allowing Plaintiff to share discovery in this matter with law enforcement to assess and pursue potential criminal charges against Defendant Carriger, and for such other and further relief as the Court deems just and proper.

TUCK, EDDY & ASSOCIATES, P.C.

_____*/s/Jacob G. Eddy*____________
Jacob G. Eddy, MO Bar No. 72272
4650 S. National Ave., Suite D-4
Springfield, MO 65810
Telephone: (417) 884-6400
eddy@tuckeddylaw.com
*Attorney for Plaintiff*

*/s/Jay Kirksey*

______________________________

Jerry M. (Jay) Kirksey
Missouri Bar No. 38643
**Kirksey Law Firm, LLC**
711 S. Albany Avenue
Bolivar, Missouri 65613-2619
Telephone 417.326.4529
Facsimile 417.326.8531
jmkirksey@kirkseylawfirm.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2026, the foregoing was filed using the court's ECF filing system which generated a notification sent via email to the following attorneys of record:

Damon S. Phillips
Keck & Phillips, LLC
damon@kpwlawfirm.com
*Attorney for Defendant Dallas County, Missouri*

Ryan Bertels
Schreimann, Rackers & Francka, LLC
rb@srfblaw.com
*Attorney for Defendant Chris Carriger*

______*/s/Jacob G. Eddy*____________