**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| TABITHA RUMFELT,<br><br>Plaintiff,<br><br>vs.<br><br>DALLAS COUNTY, MISSOURI,<br><br>and<br><br>CHRIS CARRIGER,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 6:25cv-03384 |

**<u>RESPONSE TO PLAINTIFF'S MOTION FOR RELIEF FROM PROTECTIVE ORDER (Doc. 61) AND PLAINTIFF'S SUPPLEMENT TO PLAINTIFF'S MOTION FOR RELIEF FROM PROTECTIVE ORDER (Doc. 63)</u>**

COMES NOW Defendant Dallas County, Missouri, by and through counsel of record, Keck & Phillips, LLC, responds to Plaintiff's Motion For Relief From Protective Order (Doc. 61) and Plaintiff's Supplement To Plaintiff's Motion For Relief From Protective Order (Doc. 63) as follows:

Essentially, Plaintiff has represented to the Court that the current protective order (Doc. 23) does not preclude her from sharing deposition transcripts and exhibits with the Missouri State Highway Patrol (MSHP) and Prosecuting Attorney of Dallas County, Missouri as part of their investigation into potential criminal charges, but that in an overabundance of caution Plaintiff seeks confirmation from the Court that this is correct, or alternatively that the protective order be amended to allow such disclosures.

This Defendant does not construe the protective order (Doc. 23) as prohibiting the sharing of information with law enforcement when there is a good faith belief that information

may be relevant to a criminal investigation. This Defendant does not oppose Plaintiff sharing any deposition transcripts and exhibits from this lawsuit with the MSHP and the Prosecuting Attorney and is not in a position to dispute that they may be relevant to criminal matters. In that same vein, this Defendant does not believe that any amendment to the protective order is required. However, if this Defendant has misinterpreted the protective order, then this Defendant agrees it should be amended to clarify that deposition transcripts and exhibits from this lawsuit can be shared with the MSHP and the Prosecuting Attorney.

Respectfully submitted,

KECK & PHILLIPS, LLC

By: */s/Damon S. Phillips*
Damon S. Phillips #52901
3140 E. Division Street
Springfield, Missouri 65802
Telephone: (417) 890-8989
Fax: (417) 890-8990
Email: damon@kpwlawfirm.com
*Attorneys for Dallas County, MO*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was sent via CM/ECF filing system to all parties of record this 20th day of August 2026.

*/s/ Damon S. Phillips*
Damon S. Phillips