**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| TABITHA RUMFELT,<br><br>Plaintiff,<br><br>vs.<br><br>DALLAS COUNTY, MISSOURI, et al.,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 6:25-cv-3384 |

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY DISCOVERY DEADLINE AND DEADLINES TO FILE DAUBERT AND DISPOSITIVE MOTIONS**

Plaintiff and Defendants, by and through their respective undersigned counsel, hereby notify this Court that the Parties have recently reached an agreement to settle this case, and require additional time to get the settlement approved and to finalize settlement documents. Because the case is still pending, the Parties request a stay of the discovery deadline and pending motion deadlines until the settlement is finalized. In support, the Parties state as follows:

1. The Parties attended a mediation on October 22, 2026, and reached an agreement to resolve this matter.

2. A condition of the settlement terms requires the board of the insured for the Defendants to approve the settlement at its next quarterly meeting, which will be held on December 3, 2026.

3. Assuming the terms of settlement are approved by the board, the Parties will execute settlement documents to finalize the settlement and issuance of a payment.

4. Once this payment is received, a dismissal with prejudice as to all Plaintiff's claims in this lawsuit will be filed.

5. The deadline for the close of discovery is October 30, 2026, and Plaintiff agreed to cancel two depositions previously scheduled for the week of October 26, 2026, due to the case settling at mediation.

6. The deadline for Defendants to file their *Daubert* motions and motions for summary judgment is currently December 1, 2026.

7. Not wanting to burden the respective parties and the Court with unnecessary discovery, unnecessary filings of motions for summary judgment and/or *Daubert* motions, but realizing the cause is still pending, the Parties request an Order staying the current deadline for the close of discovery as well as the filing of dispositive motions and Daubert motions pending the complete of the terms of the settlement.

WHEREFORE, the Parties respectfully asks this Court for an Order staying the current deadline for the close of discovery, the current deadline for the filing of *Daubert* and dispositive motions, and for any other relief deemed just and proper under the circumstances.

TUCK, EDDY & ASSOCIATES, P.C

/s/Jacob G. Eddy
Jacob G. Eddy, MO Bar No. 72272
4650 S. National Ave., Suite D-4
Springfield, Missouri 65810
Phone: (417) 884-6400
Email: eddy@tuckeddylaw.com

/s/Jay Kirksey
______________________________
Jerry M. (Jay) Kirksey
Missouri Bar No. 38643
Kirksey Law Firm, LLC
711 S. Albany Avenue
Bolivar, Missouri 65613-2619
Telephone 417.326.4529
Facsimile 417.326.8531
jmkirksey@kirkseylawfirm.com

*Attorneys for Plaintiffs*

SCHREIMANN, RACKERS &
FRANCKA, LLC

/s/ Ryan Bertels
Ryan Bertels, MO Bar No. 55167
931 Wildwood Drive, Ste. 201
Jefferson City, MO 65109
573-634-7580
573-635-6034 (facsimile)
rb@srfblaw.com
*Attorney for Defendant Chris Carriger*

KECK & PHILLIPS, LLC

/s/ Damon Phillips

Damon S. Phillips, MO Bar No. 52901
3140 E. Division
Springfield, MO 65802
Telephone: (417) 890-8989
Facsimile: (417) 890-8990
Email: damon@kpwlawfirm.com
*Attorney for Defendant Dallas County, Missouri*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served upon all attorneys of record via the Court's electronic filing system on October 27, 2026.

/s/ Ryan Bertels